FILED IN OPEN COURT
ON 4/20/2023
Peter A. Moore, Jr., C[lerk]
US District Court
Eastern District of N[C]

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

vs.

Heather L. Hammond

VERDICT

CASE NUMBER: 5:22-CR-106-2BO

**WE, THE JURY, FIND the defendant: Heather L. Hammond.**

__Guilty__ As to Count 5s of the Superseding Indictment.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

04/20/2023
DATE

FOREPERSON'S SIGNATURE