
FILED IN OPEN COURT ω
ON 11/8/2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | VERDICT |
| vs. | CASE NUMBER: 5:22-CR-106-2BO |

Heather L. Hammond

WE, THE JURY, FIND the defendant: Heather L. Hammond.

Not Guilty As to Count 5s of the Superseding Indictment.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON'S SIGNATURE          11/8/23
                                 DATE