AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA

V.

Heather L. Hammond

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 5:22-CR-00106-BO-2

The Defendant was found not guilty as to Count 5s of the Superseding Indictment. IT IS ORDERED that the Defendant is acquitted, discharged on the above counts only, and any bond exonerated.

_Terrence Boyle_ (signature)
Signature of Judge

Terrence W. Boyle
Name of Judge

US District Judge
Title of Judge

11/8/2023
Date